PHILLIP. A. TALBERT
United States Attorney
WILLY M. LE
Acting Regional Chief Counsel, Region VI
PETER K. THOMPSON, Of Counsel
Acting Regional Chief Counsel, Region IX
Social Security Administration
TRACEY WIRMANI, TXBN 24088661
    Special Assistant United States Attorney
    Office of the General Counsel, Suite 350
    1301 Young Street, Mailroom 104
    Dallas, Texas 75202
    Telephone: (214) 767-4529
    E-Mail: Tracey.Wirmani@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRITTANY PEREZ,<br>o.b.o. M.T.<br>    Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br>    Defendant. | Case No. 2:20-cv-01469-KJN<br><br>STIPULATION TO REMAND AND <s>PROPOSED</s> ORDER |

    IT IS STIPULATED by and between Brittany Perez o.b.o M.T. (Plaintiff) and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Defendant for further administrative proceedings.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. to Remand; 2:20-cv-01469-KJN

Upon remand, the Defendant will, as warranted, follow the directives of Acquiescence Ruling (AR 04-1(9)) by making a reasonable effort to obtain a case evaluation, based on the record in its entirety, from a qualified and medically appropriate specialist, and conduct any additional proceedings necessary to issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 29th day of June 2022.

Dated:  June 29, 2022

*Jesse S. Kaplan*  
(*as authorized via e-mail on June 29, 2022)  
Attorney for Plaintiff

Attorney for Plaintiff

PHILLIP A. TALBERT  
United States Attorney

WILLY M. LE  
Acting Regional Chief Counsel, Region VI  
PETER K. THOMPSON, Of Counsel  
Acting Regional Chief Counsel, Region IX  
Social Security Administration

By:   *Tracey Wirmani*  
TRACEY WIRMANI  
Special Assistant U.S. Attorney

Attorneys for Defendant

Stip. to Remand; 2:20-cv-01469-KJN

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

This resolves **ECF No. 18**, and the Clerk of Court is requested to CLOSE this case.

Dated: June 30, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE
Stip. to Remand; 2:20-cv-01469-KJN